UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUSUF AL-RAHMAN,

                Plaintiff,

-against-

AMERICAN SUGAR REFINING, INC.,
et al.,

                Defendants.

No. 23-CV-6589 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby ORDERED that counsel are directed to appear telephonically for a Conference on April 28, 2026, at 12:30 pm.

The dial in is 1-855-244-8681, the access code is 231-900-63202.

**SO ORDERED.**

Dated:    April 16, 2026
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge